**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| HYUNDAI STEEL CO., | ) |
| Plaintiff, | ) |
| And | ) |
| UNITED STATES STEEL CORPORATION, | ) |
| Consolidated Plaintiff, | ) |
| and | ) |
| NUCOR CORP., | ) |
| Consolidated Plaintiff-Intervenor, | ) |
| v. | ) Consol. Court. No. 19-00099 |
| UNITED STATES, | ) **PUBLIC DOCUMENT** |
| Defendant, | ) |
| and | ) |
| UNITED STATES STEEL CORPORATION, | ) |
| Defendant-Intervenor, | ) |
| and | ) |
| HYUNDAI STEEL CO., | ) |
| Consolidated Defendant-Intervenor. | ) |

## UNITED STATES STEEL CORPORATION'S NOTICE REGARDING REDACTIONS TO THE COURT'S OPINION AND ORDER

Pursuant to the Court's instructions in its letter dated April 27, 2021 (ECF No. 52), United States Steel Corporation ("U. S. Steel") respectfully submits this notice regarding redactions to information included in the Court's opinion and order, also dated April 27, 2021 (ECF No. 51).

U. S. Steel is unaware of any additional information that should be redacted from the opinion and order or of any bracketed information that should be treated as public.  We defer to other parties regarding any redactions that would concern their own confidential information.

Respectfully submitted,


/s/ Thomas M. Beline

Thomas M. Beline
Jack A. Levy
Sarah E. Shulman

Date:   May 3, 2021